■ ALFRED J. KAHN, Respondent, v MIRIAM K. KAHN, Appellant. [653 NYS2d 856] —In an action for a divorce and ancillary relief, appeal by the defendant from a judgment of the Supreme Court, Westchester County (Silverman, J.), dated July 20, 1995.

Ordered that the judgment is affirmed, without costs or disbursements, for reasons stated by Justice Silverman at the Supreme Court. Ritter, J. P., Thompson, Friedmann and McGinity, JJ., concur.